UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LEANDRO ANDRADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON, REGISTERED NURSE,<br><br>　　　　　Defendant. | ED CV 10-1266-AHM (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed without leave to amend.

DATED: July 13, 2011

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

JS-6